FILED
8/29/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

24-cr-00403
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
Random/CAT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM R. BUSSE III | No.<br><br>Violations: Title 21, United States Code, Sections 841(a)(1), 846; Title 18, United States Code, Section 2 |

### COUNT ONE

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about January 13, 2021, at Lockport, in the Northern District of Illinois, Eastern Division,

WILLIAM R. BUSSE III,

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

1

## **COUNT TWO**

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about February 2, 2021, at Orland Park, in the Northern District of Illinois, Eastern Division,

WILLIAM R. BUSSE III,

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **COUNT THREE**

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about February 2, 2021, at Orland Park, in the Northern District of Illinois, Eastern Division,

WILLIAM R. BUSSE III,

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **COUNT FOUR**

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about March 2, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIAM R. BUSSE III,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIVE

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about April 2, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIAM R. BUSSE III,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## **COUNT SIX**

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about April 7, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIAM R. BUSSE III,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY